IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK ANTHONY,<br><br>    Petitioner.<br><br>v.<br><br>STATE OF TENNESSEE,<br><br>    Respondent. | Case No. 3:12-0142<br>Chief Judge Haynes |

## ORDER

Before the Court is Plaintiff's Motion to Reconsider PAO Procedures/Habeas Relief. (Docket Entry No. 49). Petitioner's second petition for writ of habeas corpus (Docket Entry No. 43) fails to establish that Petitioner has exhausted his state remedies. Thus, for the reasons previously stated in the Court's earlier Order dismissing this action (Docket Entry No. 20), this motion is **DENIED**.

It is so **ORDERED**.

ENTERED this the 23rd day of January, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court