74CAE → (9)

| | | |
|---|---|---|
| C3I5 ⓐ | 1 | In the United States District Court |
| B2K | 2 | Middle District of Tennessee |
| A3L ⓐ | 3 | Nashville Division |
| I34D | 4 | USMC Task Force - CID |
| H35E | 5 | Federal APA-DNA Investigation |
| G36F | 6 | v. |
| 737G | 7 | State of Tennessee and its' Agencies |
| E38H | 8 | Motion for Judgment |

Case No. 3:12-0142
Related Case(s) 03:09-MC-0212
GCCA, 12-05385 PAO Procedures
Investigation

ⓐ D37J
ⓐ C31J
ⓐ A3L

ORDER

This motion is DENIED for lack of standing and merit.

9 The petitioner, the USMC Task Force-CID, by and through the
10 Law Institute of the N'egro Christian Church; moves this Honorable
11 Court to issue a order to release our (ASI) from the Davidson County
12 Criminal Justice Center; states the following in support:
13 (1) That on January 23rd, 2013; this Court; (Docket Entry No-50), Denied
14 our (ASI's) Motion to Reconsider PAO Procedures/Habeas Relief (Docket
15 Entry No. 49); for failing to establish that our (ASI) had exhausted
16 state remedies.
17 (2) That on February 1, 2013 (attached document), the Supreme Court
18 of Tennessee at Nashville Division, dismissed our (ASI's) Writ of
19 Habeas Corpus; stating "that the legal instrument was not properly
20 filed in 'this Court' nor does it state a factual or legal basis
21 for relief" (therein exhausting state remedies.
22 (3) Asserting Canon Fire: lines → D39I ⓐ 23(4) → C3I5 31(6), Motion in pending 1.29.2013
23 (4)   "       "    "    "   → A3L 32(7) → A34G 49    "    "    "    "
24 (5)   "       "    "    "   → *A3L 44(4) → *A3L 48 of Writ of Habeas Corpus (therein
25 (6)   "       "    "    "   → *A3L 183 → I34D/43  "    "    "    "    "
26 (7) That the State of Tennessee, its' agencies and Divisions, be taxed the
27 cost of these proceedings and the legal fees of our (ASI).
28 (8) That our (ASI) be restored to unlimited access to his office/properties
29 that dedicated to The N'egro Christian Church; which falls under her
30 Ecclesiastical Jurisdiction; a "forbidden domain" in which the state
31 of Tennessee and its' agencies, "should not have entered";

2-13-13