7461 AE → (9)

C315 ⓐ  1
B2K    2
A3L ⓐ  3                In the United States District Court
I34D   4  USMC Task Force - CID       Middle District of Tennessee
H35E   5  Federal APA-DNA Investigation    Nashville Division
G36F   6       v.                          Case No. 3:12-0142
7376   7  State of Tennessee and its' Agencies   Related Case(s) 03:09-MC-0212
E38H   8                                   GCCA, 12-05385 PAO Procedures
D39I   9                                   Investigation
C315 ⓐ 10       Motion for Judgment
B2K   11  The petitioner, the USMC Task Force - CID; by and through the
A3L ⓐ 12  Law Institute of the N'egro Christian Church; moves this Honorable
A34G  13  Court to issue a order to release our (ASI) from the Davidson County
B35H  14  Criminal Justice Center, states the following in support:
C36I  15  (1) That on January 23rd, 2013; this Court (Docket Entry No. 50) Denied
D37J ⓐ 16  our (ASI's) Motion to Reconsider PAO Procedures/Habeas Relief (Docket
F38K  17  Entry No. 49); for failing to establish that our (ASI) had exhausted
F39L  18  state remedies.
G4M   19  (2) That on February 1, 2013 (attached document), the Supreme Court
H5N   20  of Tennessee at Nashville Division, dismissed our (ASI's) Writ of
I6O   21  Habeas Corpus; stating "that the legal instrument was not properly
J7P   22  filed in "this court" nor does it state a factual or legal basis
K8Q   23  for relief" (therein exhausting state remedies.
L9R   24  (3) Inserting Canon Fire: lines → D39I ⓐ 23(4)→C315 31(6), Motion in pending 1.29-2013
M1S   25  (4)  "     "     "     "   → A3L 32(7)→A34G 49   "   "   "   "
N2T   26  (5)  "     "     "     "   → *A3L 44(4)→*A3L 48 of Writ of Habeas Corpus (therein
O3U   27  (6)  "     "     "     "   → *A3L 183→I34D/43 "  "  "  "  "
P4V   28  (7) That the State of Tennessee, its' agencies and Divisions, be taxed the
Q5W   29  cost of these proceedings and the legal fees of our (ASI).
R6X   30  (8) That our (ASI) be restored to unlimited access to his office/properties
S7Y   31  that dedicated to the N'egro Christian Church; which falls under her
         Ecclesiastical Jurisdiction, a "forbidden domain" in which the state
         of Tennessee and its agencies "should not have entered"

[Margin annotations:]
ⓐ D37J
ⓐ C31J
ⓐ A3L
ORDER
This motion is DENIED for lack of standing and ment.
2-13-13